1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   Tamar Kouyoumjian(CA SBN: 254148)
4  Assistant United States Attorney
        Room 7211, Federal Building
5       300 N. Los Angeles Street
        Los Angeles, California  90012
6       Telephone:   (213) 894-7388
        Facsimile:   (213) 894-0115
7       E-mail: tamar.kouyoumjian@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13
   UNITED STATES OF AMERICA,       ) Case No. SACV 11-00212-AG(RNBx)
14                                 )
                  Petitioner,      ) ORDER TO SHOW CAUSE
15                                 )
        vs.                        )
16                                 )
   MAUREEN E. SHIPMAN,             )
17                                 )
                  Respondent.      )
18 _____ )

19
        Upon the Petition and supporting Memorandum of Points and
20
   Authorities, and the supporting Declaration to the Petition, the
21
   Court finds that Petitioner has established its *prima facie* case
22
   for judicial enforcement of the subject Internal Revenue Service
23
   ("IRS" and "Service") summonses.  *See* United States v. Powell,
24
   379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*
25
   Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.
26
   1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.
27
   1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.
28

1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE**, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 10D,

_XX    Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Santa Ana, California 92701

on April 11, 2011, at 9:00 a.m.

and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the

2

1 relief sought in the Petition, nor wish to make an appearance,
2 then the appearance of Respondent at any hearing pursuant to this
3 Order to Show Cause is excused, and Respondent shall be deemed to
4 have complied with the requirements of this Order.
5 **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings
6 will be considered on the return date of this Order.  Only those
7 issues raised by motion or brought into controversy by the
8 responsive pleadings and supported by sworn statements filed
9 within ten (10) days after service of the herein described
10 documents will be considered by the Court.  All allegations in
11 the Petition not contested by such responsive pleadings or by
12 sworn statements will be deemed admitted.

15 DATED: February 8, 2011
_____
16 United States District Judge
Andrew J. Guilford

17 Presented By:

18 ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
19 Assistant United States Attorney
Chief, Tax Division

_____
22 TAMAR KOUYOUMJIAN
Assistant United States Attorney
23 Attorneys for United States of America
Petitioner

3